SUSQUEHANNA LINE, INC., Appellant, *v.* IRVING BANK-COLUMBIA TRUST COMPANY, Respondent, Impleaded with Others.

(Argued January 15, 1930; decided February 11, 1930.)

*Edward H. Wilson* and *John J. Kean* for appellant.
*Robert C. Beatty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.